IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DUANE DAMONTE CUTCHEMBER,    )
                             )
          Petitioner,        )
                             )        1:20-cv-375
     v.                      )        1:18-cr-381-1
                             )
UNITED STATES OF AMERICA,    )
                             )
          Respondent.        )

## ORDER

On November 17, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 49, 50.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 49), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, (Doc. 41), is **DENIED,** and that this action is hereby, **DISMISSED**. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment is entered contemporaneously herewith.

This the 9th day of March, 2023.

_____
United States District Judge

- 2 -